UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z & S FRESH, INC., a California corporation,<br><br>        Plaintiff,<br>   vs.<br><br>PARAMOUNT CITRUS PACKING COMPANY ROLL INTERNATIONAL CORPORATION, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 09-165 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE**<br>(Doc. 8.) |

Based on plaintiff's notice of voluntary dismissal, filed on March 31, 2009 and pursuant to F.R.Civ.P. 41(a)(1)(A)(i), this Court:

    1.    DISMISSES this action without prejudice;

    2.    VACATES all pending matters, including the April 29, 2009 scheduling conference; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 1, 2009**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE